IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  Request from Hong Kong  )
Pursuant to the Agreement       )
Between the Government of the   )
United States of America and    )
the Government of Hong Kong on  )
Mutual Legal Assistance in      )
Criminal Matters in the Matter  )
of Chiang Kwee Seng Mike (Mike  )
Chiang)                         )





2:06 - MC - 0089 WBS DAD

**O R D E R**

    Upon application of the United States, and upon review of the request from Hong Kong seeking evidence under the <u>Agreement Between the Government of the United States of America and the Government of Hong Kong Relating to Mutual Legal Assistance in Criminal Matters</u>, which entered into force January 21, 2000, ___ UNTS ___, 1997 WL 258655, and the Court having fully considered this matter,

    IT IS HEREBY ORDERED, pursuant to the authority conferred by the Agreement, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Ellen V. Endrizzi, Assistant U.S. Attorney, is appointed as Commissioner of this Court and hereby directed to take such steps as are necessary to execute the request.  In doing so, the Commissioner is not required to follow the Federal Rules of Civil Procedure and the following rules shall govern:

    1.   the Commissioner may issue commissioner's subpoenas to be served at any place within the United States on persons (natural and artificial) ordering them or their representatives

1

to appear and to testify and produce evidence located within the United States;

2.  the Commissioner shall provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3.  the Commissioner shall adopt procedures to collect the evidence requested consistent with its use in the investigation or proceeding for which it has been requested, which procedures may be specified in the request or provided by or with the approval of the Central Authority under the Agreement;

4.  the Commissioner, in collecting the evidence requested, may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Prosecutions Division, Department of Justice, Hong Kong and/or representatives of Hong Kong who, as authorized or directed by the Commissioner, may direct questions to any witness;

5.  any person from whom the Commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the Commissioner;

6.  the Commissioner may seek such further orders of this Court as may be necessary to execute this request, including orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt; and

7. the Commissioner shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that office for transmission to Hong Kong.

DATED: August  11 , 2006

_Dale A. Drozd_
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE