McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  Request from Hong Kong Pursuant to the Agreement Between the Government of the United States of America and the Government of Hong Kong on Mutual Legal Assistance in Criminal Matters in the Matter of Chiang Kwee Seng Mike (Mike Chiang) | No. 2:06-MC-00089 WBS DAD<br><br>**APPLICATION AND** ~~**PROPOSED**~~ **ORDER TO CLOSE MATTER** |

On August 6, 2006, the Honorable Dale A. Drozd ordered that Ellen V. Endrizzi, Assistant U.S. Attorney, be appointed as a Commissioner to collect evidence from witnesses and to take such other action as required to execute a request from Hong Kong, which was made pursuant to Article 5 of the Agreement Between the Government of the United States of America and the Government of Hong Kong on Mutual Legal Assistance in Criminal Matters.

The evidence sought was collected and provided to the United States Department of Justice – Office of International Affairs, which forwarded it to the appropriate authorities in Hong Kong. For this reason, the United States asks that the matter, case

///

1

number No. 2:06-MC-00089 WBS DAD, now be closed.

DATED:   November 27, 2006

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                  By:   /s/ Ellen V. Endrizzi

                                          ELLEN V. ENDRIZZI
                                          Assistant U.S. Attorney

## **O R D E R**

    For good cause shown, case number No. 2:06-MC-00089 WBS DAD is hereby CLOSED.

    IT IS SO ORDERED.

Date: November 29, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE